**ANDREW SQUIRE, ESQ.**
LAW OFFICE OF ANDREW SQUIRE
*379 Decatur Street*
*Brooklyn, NY 11233*
*(718) 771-2221*
*(718) 771-2243 (f)*
*Squire782@aol.com*



**MEMO ENDORSED**

July 18, 2007

Via hand delivery

Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York NY 10013

      RE: Nathel & Nathel, Inc., plaintiff
           v. Sie Mok Lee a/k/a Lee 77
           United States District Court
           Southern District of New York
           Case#: 07 CIV 6300
           Assigned: P. Kevin Castel, USDJ

Honorable Sir:

    I represent Nathel & Nathel, Inc., the plaintiff in the above-referenced action.

    After filing the USDC Cover Page, Rule 7.1 Certification, Summons and Complaint in this action with the Clerk of the Court and after purchasing a case number but, prior to both serving and e:mailing copies of the pleadings and 7.1 Certification to "case openings", plaintiff discovered that the plaintiff's name had been inadvertently typed as **Sie Mok Lee**, as opposed to **Siemok Lee**.

    In order to correct the foregoing inadvertence, plaintiff requests the Court's approval to file with the Clerk of the Court and e:mal to case openings a **Corrected Summons and Complaint**, wherein the name of the defendant will be corrected within both the captions and the bodies of the pleadings.

    In the alternative, plaintiff would e:mail the currently filed pleadings to case openings prepare and file amended pleadings, serve copies of both the original and amended pleadings, and thereafter make a motion to the Court to amend the caption.

*Page Two*

---

       Based upon the foregoing, and upon plaintiff's desire to economize judicial resources, plaintiff requests that:

<u>Plaintiff may file corrected pleadings with the Clerk of the Court, wherein defendant's name shall be corrected, within seven (7) days after this memo endorsed order is filed on ECF.</u>

                                    Respectfully,

                                      Andrew Squire

AS/is
Cc:   Seimok Lee a/k/a Lee 77
       New York City Terminal Market
       a/k/a Hunts Point Market
       235A Row B
       Bronx, NY  10474

*[Handwritten memo endorsement:]* Application to serve and/or file a corrected and/or amended complaint is granted provided filing is within ten days. SO ORDERED. [signature] USDJ 7-19-07

71\ltr7.07\msw