UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. _____ 07 CV 6300 (PKC) _____

------------------------------------------------x

NATHEL & NATHEL, INC.,

                Plaintiff,

Certification of Service
Corrected Summons and Complaint

[ Corrected ]

    -against-

SEIMOK LEE d/b/a LEE 77,

              Defendants.

------------------------------------------------x

_____ GENE LOMBARDO _____ certifies the following under penalty of perjury:

1. I am over 18 years old and not a party to this action.

2. On _____ AUGUST 3, 2007 _____ I served true copies of the corrected summons and complaint upon [Corrected]

_____ SEIMOK LEE AND LEE 77 _____ by hand delivery of:
            Defendants

Address of Service- New York City Terminal Market aka Hunts Point Market 235A Row B Bronx NY 10474

B) Copies to a person of suitable age and discretion employed by LEE 77 + SEMOK LEE who stated Ms. Kim Manager of Lee77,
that she was authorized to accept service for Semok Lee

And on 8/3/07 by mailing true copies of the summons and complaint to corrected corrected SEIMOK LEE dba Lee 77 defendants by first in a postage paid envelope marked "personal and confidential" and not identified as being mailed.

C) Copies to who identified himself/herself as a cashier, receptionist, officer director and/or manager of _____, who stated that He/She was authorized to accept (Corporate Defendant) service on behalf of _____

3. The above named person served is described as follows: (ms. Kim)

Sex: F

Age: 32
Height: 5'2

Weight: 120
Color: OLIVE

Identifying Features: _____

Dated 8/3/07

x [signature]