UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NATHEL & NATHEL, INC.,

                      Plaintiff,

       -against-

SEI MOK LEE,
                Defendant.
-------------------------------------------------------------x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2-14-08

07 Civ. 6300 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        On July 9, 2007, the complaint in this action was filed. On July 16, I issued an

Order setting a conference in this case for September 28, 2007 at 9:30 a.m. (Docket # 3.)

Plaintiff's counsel did not appear. On December 19, 2007 I scheduled a conference in this matter

for January 18, 2008 at 11:45 a.m. (Docket # 9.) Plaintiff's counsel did not appear.

        This is the end of the line.

        **A CONFERENCE IS SET IN THIS CASE FOR MARCH 14, 2008 AT 11:30**

**A.M. IN COURTROOM 12C, 500 PEARL STREET, NEW YORK, NY. COUNSEL FOR**

**ALL PARTIES ARE DIRECTED TO APPEAR. IF PLAINTIFF'S COUNSEL DOES**

**NOT APPEAR, THE ACTION WILL BE DISMISSED WITH PREJUDICE AND**

**PLAINTIFF WILL FOREVER BARRED FROM PURSING ITS CLAIMS.**

        SO ORDERED.

                                     P. Kevin Castel
                                United States District Judge

Dated: New York, New York
       February 14, 2008