UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**NATHEL & NATHEL, INC.,**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
CASE #: 07 CIV 6300 DATE FILED: 2/26/08

Assigned to Judge P. Kevin Castel

Plaintiff,

- against -

**NOTICE OF VOLUNTARY DISMISSAL
OF ACTION WITH PREJUDICE**

**SEIMOK LEE d/b/a LEE 77,**

Defendant.

-------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, no party being an infant or incompetent, all claims asserted by plaintiffs against defendants are hereby withdrawn, the above-entitled action is dismissed, with prejudice, without costs to either party as against the other.

This Notice is to be so-ordered by the Court and may be filed without further notice with the Clerk of the United States District Court, Southern District of New York.

DATED:     Brooklyn, NY
           February 25, 2008

Andrew Squire, Esq.
Attorney for
379 Decatur Street
Brooklyn NY 11233
(718) 771 2221

SO ORDERED:
February 16, 2008

P. Kevin Castel, USDJ

*74\nathel.c.lee\wpd*